IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| TYLER EISCHEN, an individual; SANDY STEVENS, an individual; and ERIC STEVENS, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> PRINCIPAL LIFE INSURANCE COMPANY, an Iowa corporation, <br><br> Defendant. | CV 20-1-BU-BMM-KLD <br><br><br> ORDER OF RECUSAL |

I hereby recuse myself from this matter based on a conflict of interest.

Accordingly, I ask that this case be reassigned.

DATED this 3rd day of January, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1